Case 5:13-cv-02168-LCB   Document 69   Filed 06/29/18   Page 1 of 1
Case: 16-12836   Date Filed: 06/29/2018   Page: 1 of 1

FILED
2018 Jun-29 PM 12:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 16-12836

_____

District Court Docket No.
5:13-cv-02168-RDP

UNITED STATES OF AMERICA,
ex rel. Billy Joe Hunt,

           Plaintiff - Appellant,

versus

COCHISE CONSULTANCY, INC.,
doing business as Cochise Security,
THE PARSONS CORPORATION,
doing business as Parsons Infrastructure & Technology,

           Defendants - Appellees.

_____

Appeal from the United States District Court for the
Northern District of Alabama

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 11, 2018
For the Court: DAVID J. SMITH, Clerk of Court
By: Jeff R. Patch

**ISSUED AS MANDATE 06/29/2018**