# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ex rel. BILLY JOE HUNT, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | CASE NO. 5:13-cv-02168 LCB |
| VS. ) | |
| ) | |
| COCHISE CONSULTANCY, INC., ) | UNOPPOSED |
| d/b/a COCHISE SECURITY, ) | |
| THE PARSONS CORPORATION ) | |
| d/b/a PARSONS INFRASTRUCTURE ) | |
| & TECHNOLOGY, ) | |
| | |
| DEFENDANTS. | |

## JOINT MOTION TO MODIFY SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16(b)(4), the parties jointly request a one-week extension on the deadline to conduct discovery. Per this Court's May 12, 2022 Order (Dkt. No. 173), the deadline to close all discovery is currently August 11, 2022. The parties hereby respectfully request this Court amend the current Scheduling Order to allow until August 19, 2022 for the parties to complete all discovery.

1

Good cause exists for this request. Thus far, the parties have diligently engaged in discovery and developed a voluminous record. Moreover, the parties have set an agreed upon schedule for depositions of 22 witnesses. The additional week afforded by the Court would allow the parties to accomplish all the anticipated depositions and would not affect any of the other dates currently set. Thus, the modified discovery schedule and extension of deadlines requested herein are in the best interests of the parties, justice, and judicial economy, and no party will be prejudiced by granting this motion or the requested modifications and extensions.

Dated: June 29, 2022

*/s/ Aaron S. Dyer*
Aaron S. Dyer
*aaron.dyer@pillsburylaw.com*
J. Matthew Carter
*matt.carter@pillsburylaw.com*
Kevin R. Massoudi
*kevin.massoudi@pillsburylaw.com*
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 3600
Los Angeles, California 90017
(213) 488-7100

*/s/ Jackson R. Sharman III*
Jackson R. Sharman III
*jsharman@lightfootlaw.com*
Jeffrey P. Doss
*jdoss@lightfootlaw.com*
LIGHTFOOT FRANKLIN & WHITE LLC
The Clark Building
400 20th Street North
Birmingham, Alabama 35203
(205) 581-0700

*Attorneys for Defendant,*
*The Parsons Corporation d/b/a Parsons*
*Infrastructure & Technology*

*/s/ Robert R. Warchola*
Duane A. Daiker
*ddaiker@shumaker.com*
Robert R. Warchola
*rwarchola@shumaker.com*
SHUMAKER, LOOP & KENDRICK, LLP
101 E. Kennedy Blvd., Suite 2800
Tampa, FL 33602
(813) 229-7600

*Counsel for Defendant, Cochise*
*Consultancy, Inc*

*/s/ Larry A. Golston*
Larry A. Golston
*larry.golston@beasleyallen.com*
Leon Hampton, Jr.
*Leon.Hampton@beasleyallen.com*
Lauren E. Miles
*lauren.miles@beasleyallen.com*
BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
(334) 269-2343

/s/ Gary V. Conchin
Gary V. Conchin
*gary@alainjurylaw.com*
CONCHIN, COLE & JORDAN
2404 Commerce Court
Huntsville, Alabama 35801
(256) 705-7777

/s/ Earl N. "Trey" Mayfield, III
Earl N. "Trey" Mayfield, III
DAY & JOHNS, PLLC
10560 Main St., #218
Fairfax, VA 22030
tmayfield@dayjohns.com

*Counsel for Plaintiff-Relator Billy Joe Hunt*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of June, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jackson R. Sharman III*
OF COUNSEL