**FILED**

2022 Aug-12  PM 01:28
U.S. DISTRICT COURT
N.D. OF ALABAMA



# THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

UNITED STATES OF AMERICA,  )
*ex rel.* BILLY JOE HUNT,  )
        )
    Plaintiffs,  )
        )
    v.  )
        )
COCHISE CONSULTANCY, INC.,  )
d/b/a COCHISE SECURITY;  )
THE PARSONS CORPORATION  )
d/b/a PARSONS INFRASTRUCTURE  )
& TECHNOLOGY,  )
        )
    Defendants.  )

CIVIL ACTION NUMBER
5:13-cv-2168-LCB

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now Jeffrey P. Doss and pursuant to Local Rule 83.1(b) respectfully requests admission *pro hac vice* of Jeffrey D. Wexler as counsel for defendant The Parsons Corporation d/b/a Parsons Infrastructure & Technology in this action.

In support of this Motion, movant submits the following declaration of Jeffrey D. Wexler:

1.  I am an attorney at the law firm of Pillsbury Winthrop Shaw Pittman LLP, at 725 South Figueroa Street, 36th Floor, Los Angeles, CA  90017.  My business contact information is as follows:

        Telephone:  213-488-7129
        Facsimile:  213-629-1033
        E-Mail:  *jeffrey.wexler@pillsburylaw.com*

4890-2948-2013.v4

2.  I reside at: 7220 Ogelsby Ave., Los Angeles, CA 90045

3.  I am admitted to practice before the following courts:

| Court | Date of Admission |
| --- | --- |
| California | December 1987 |
| U.S. Supreme Court | May 2003 |
| Ninth Circuit | December 1987 |
| Federal Circuit | September 1999 |
| Second Circuit | October 2010 |
| Central District of California | December 1987 |
| Southern District of California | November 1988 |
| Northern District of California | November 1990 |
| Eastern District of California | June 1990 |
| Eastern District of Texas | December 2017 |

4.  I am in good standing and eligible to practice in all courts to which I have been admitted.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.  Executed on August 4, 2022.

_____
Jeffrey D. Wexler

4890-2948-2013.v3

The undersigned movant is a member in good standing of the bar of this court and will serve as local counsel in these proceedings pursuant to Local Rule 83.1(b)(2).  Payment of the requisite $75.00 fee is being submitted to the Clerk of Court.

Accordingly, it is respectfully requested that Jeffrey D. Wexler be admitted *pro hac vice* to represent defendant The Parsons Corporation d/b/a Parsons Infrastructure & Technology in this matter.

Dated this 12th day of August, 2022.

> */s/ Jeffrey P. Doss*
> Jackson R. Sharman III
> jsharman@lightfootlaw.com
> Jeffrey P. Doss
> jdoss@lightfootlaw.com
> LIGHTFOOT FRANKLIN  &
> WHITE LLC
> The Clark Building
> 400 20th Street North
> Birmingham, AL   35203
> (205) 581-0700
>
> Aaron S. Dyer
> aaron.dyer@pillsburylaw.com
> J. Matthew Carter
> matt.carter@pillsburylaw.com
> Kevin R. Massoudi
> kevin.massoudi@pillsburylaw.com
> PILLSBURY WINTHROP SHAW
> PITTMAN LLP

4890-2948-2013.v4

725 South Figueroa Street, Suite 3600
Los Angeles, CA  90017
(213) 488-7100

*Attorneys for Defendant,*
*The Parsons Corporation d/b/a*
*Parsons Infrastructure & Technology*

4890-2948-2013.v4

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of August, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will serve a copy upon all counsel of record.


*/s/ Jeffrey P. Doss*
Of counsel

5

4890-2948-2013.v4